IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3096 |
| | ) | |
| V. | ) | |
| | ) | |
| BRUCE STANLEY WOOTEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that Michael D. Gooch's motion to withdraw (filing 47) and motion for prompt payment of fees (filing 48) are granted.

    DATED this 18th day of February, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge